Andre Andrews
404 East 1st Street #1405
Long Beach, CA 90802
Telephone: (562) 277-5602

Plaintiff in Pro Per

UNITED STATES DISTRICT COURT FOR THE CENTRAL
DISTRICT OF CALIFONRIA

| | |
|---|---|
| Andre Andrews,<br><br>Plaintiff,<br><br>vs.<br><br>CSU Police Department, et al.<br><br>Defendants. | 2:18-cv-09832 PSG (RAOx)<br><br>**Plaintiff's Response To Defendant's Motion To Dismiss Plaintiff's Claim Against Defendant CSU**<br><br>**AND**<br><br>**Plaintiff's Request To Have Case Remanded Back To State Court** |

**TO THE COURT AND TO ALL PARTIES:**

1.   TAKE NOTICE that the following is the Plaintiff's Response to Defendant's Motion to Dismiss the Plaintiff's Claim, and also the Plaintiff's Request to Have Case Remanded Back to State Court.

1

2.     The Plaintiff's 42 U.S.C. § 1983 claim was correctly filed against California State University, and the individuals outlined in the suit, and additionally, the aforementioned Defendants are certainly not entitled to sovereign immunity as a condition of their actions.

3.     However, at this stage, the Plaintiff would request that the court give the Defendants exactly what they are asking for, and honor their request, in part, by dismissing the Plaintiff's 42 U.S.C. § 1983 claim, and its associated federal claims of civil rights violations, and as such the Plaintiff's case be remanded back to state court.

4.     As a result of the dismissal, the court will no longer retain jurisdiction over the Plaintiff's case, given that all that will remain are the Plaintiff's state claims against the Defendant's, for which the Plaintiff asserted in the Claim for Damages notice that was filed against California State University on January 13, 2017, for which the Plaintiff does have a receipt, which indicates that the Defendant's grounds for dismissal of the Plaintiff state claims, for not filing a claim for damages in compliance with California Government Code section 905, are a blatant lie in an attempt to weasel out of their lawsuit.

5.     On January 2, 2019, the Plaintiff met with the state court which was originally assigned to the Plaintiff's case against the Defendants. The Plaintiff notified the court that he intended to have the case that was removed to federal court, remanded back to state court.

6.     The Plaintiff therefore asked that the state court reschedule the Case Management Conference that was scheduled for that day, but to schedule it 5 months away in June, given that the Plaintiff was in no condition to move forward

**Plaintiff's Response To Defendant's Motion To Dismiss**

2

with any legal proceedings due to a serious accident that he had just been in which was causing him a severe amount of pain, and grossly limiting his ability to move freely.

7.  The court honored the Plaintiff's request, citing his medical circumstance, and rescheduled the Case Management Conference hearing for June 5, 2019, at which point the Plaintiff intends to make arrangements with the court to submit an Amended complaint to resolve any deficiencies associated with newly intended remanded case.

8.  Given that the Plaintiff has yielded to the Defendant's request for dismissal of his 42 U.S.C. § 1983 claim, and that as a result the court will no longer have jurisdiction over the remaining state claims in the absence of his federal claims, the Plaintiff would request that the court take the Defendant's June 10, 2019 hearing off calendar, and leave the matter to the state court to deal with.

May 20, 2019

Submitted by,

_____
Andre Andrews

**Plaintiff's Response To Defendant's Motion To Dismiss**

## PROOF OF SERVICE

Case No. 2:18-cv-09832 PSG (RAOx)

STATE OF CALIFORNIA, County of Los Angeles:

On May 20, 2019, I served the attached

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLAIM AGAINST DEFENDANT CSU AND PLAINTIFF'S REQUEST TO HAVE CASE REMANDED BACK TO STATE COURT**

upon attorney's for Interested Parties by placing enclosed documents in a sealed envelope addressed to the persons at

David Adida
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 20, 2019, in Los Angeles, California.

_____
Andre Andrews